**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Farnell, | No. CV-23-02406-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel Ashby Zanon, et al., | |
| Defendants. | |

  Pending before the Court is Plaintiff Sarah Farnell's Motion for Preliminary Injunction (Doc. 16), Motion to Strike Defendants' Response to Plaintiff's Motion for Preliminary Injunction and Motion to Seal the Record (Doc. 21), and Notice of Voluntary Dismissal of Counts II and IV of Plaintiff's Complaint (Doc. 22).

  **IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. 16) is **DENIED**. Plaintiff failed to meet the evidentiary standard for a preliminary injunction. *See Lopez v. Brewer*, 680 F.3d 1068, 1072 (9th Cir. 2012) (quoting *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997)) ("A preliminary injunction is 'an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion.'").

  **IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike Defendants' Response to Plaintiff's Motion for Preliminary Injunction and Motion to Seal the Record (Doc. 21) is **DENIED**. Federal Rule of Civil Procedure 12(f) applies to pleadings, not motions. Fed. R. Civ. P. 12(f) ("The court may strike [] a *pleading* . . . .") (emphasis

added). Moreover, Plaintiff does not establish the compelling reasons standard required by the Ninth Circuit to seal Defendants' Response in Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. 20). *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) ("The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records.").

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Voluntary Dismissal of Counts II and IV of Plaintiff's Complaint (Doc. 22) is **NOTED**.

**IT IS FURTHER ORDERED AFFRIMING** Defendants' stipulation as stated on the record to file a 30-day advance notice with this Court prior to publishing, distributing, or disseminating Plaintiff's nude or sexually explicit images.

Dated this 29th day of December, 2023.

_____
G. Murray Snow
Chief United States District Judge