**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Farnell, | No. CV-23-02406-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Daniel Ashby Zanon, et al., | |
| Defendants. | |

Pending before the Court are Defendants Daniel Ashby Zanon, Jane Doe Zanon, Daniel A Zanon Limited, Donna S Thompson, and John Doe Thompson's ("Defendants") Motion to Dismiss (Doc. 27) and Plaintiff Sarah Farnell's Response to Defendants' Motion to Dismiss and Motion for Leave to File Amended Complaint (Doc. 29).

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 27) and Plaintiff's Motion to Dismiss and Motion for Leave to File Amended Complaint (Doc. 29) are **DENIED**. Plaintiff shall have 30 days from the date of this Order within which to file a motion to amend her complaint in accordance with the rules of Court.

**IT IS NOTED** that the parties stipulated on the record at the May 9, 2024 oral argument on the motion to dismiss that the Court may take judicial notice of the Peace divorce proceedings, incorporate by reference the disclosure email (Doc. 20-2), and accept as true all statements made at the December 28, 2023 preliminary injunction hearing.

**IT IS FURTHER ORDERED AND AFFIRMED**, as stated on the record during the December 28, 2023 preliminary injunction hearing, Defendants shall file a 30-day advance notice with this Court prior to publishing, distributing, or disseminating Plaintiff's nude or sexually explicit images.

Dated this 10th day of May, 2024.

_____
G. Murray Snow
Chief United States District Judge